# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL SHRAMKO,<br>　　　　　　Petitioner | : 　　No. 3:25-CV-1328<br>:<br>: 　　(Judge Munley) |
| 　v. | :<br>: |
| BOBBI JO SALAMON,<br>　　　　　　Respondent | :<br>: |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Petitioner Samuel Shramko's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Shramko has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this court's procedural rulings are correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

Date: 6/22/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court